# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 23, 2012

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

144317

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

JACOB CARL VAUGHN,
      Defendant-Appellant.

SC: 144317
COA: 299445
St. Joseph CC: 10-016332-FH

_____/

      On order of the Court, the application for leave to appeal the November 22, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 23, 2012

_____
Clerk

d0416